**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**AARON PORTER,**

> **Plaintiff,**

**v.**                                        **Case No.  1:15cv12-MW/GRJ**

**JULIE JONES, et al.,**

> **Defendants.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered without hearing the Magistrate Judge's Report and Recommendation, ECF No.32, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 34.  Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "this case is dismissed without prejudice for abuse of the judicial process."  In so ruling, this Court recognizes there was some confusion as to Plaintiff's place of confinement, ECF No. 32, but such confusion has no impact on the outcome of this

case.  The Clerk shall close the file.

**SO ORDERED on February 17, 2016.**

**s/Mark E. Walker**
**United States District Judge**